DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTIN MULDERRIG,**
Appellant,

v.

**UNIFIRST CORPORATION,**
Appellee.

No. 4D2023-2452

[September 11, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond W. Alonzo, III, Judge; L.T. Case No. 562023CC001220.

Glenn Crickenberger, Fort Pierce, and Michael R. Grant, Fort Pierce, for appellant.

John W. Gardner of The Gardner Law Firm, Brandon, for appellee.

PER CURIAM.

Martin Mulderrig appeals the circuit court's order denying his motion to set aside an arbitration award and the circuit court's order granting summary judgment. We affirm the court's order denying Mulderrig's motion to set aside the arbitration award without further discussion. We dismiss Mulderrig's appeal of the summary judgment order for lack of jurisdiction. Generally, a notice of appeal of a final judgment is "sufficient to bring up for review all interlocutory orders entered as a necessary step in the proceeding." *Constr. Consulting, Inc. v. Dist. Bd. of Trs. of Broward Coll.*, 347 So. 3d 14, 17 n.1 (Fla. 4th DCA 2022). But the summary judgment at issue was rendered after the order on the motion to set aside the arbitration award. As a result, we dismiss the appeal of that order for lack of jurisdiction. *Kozell v. Kozell*, 142 So. 3d 891, 894 (Fla. 4th DCA 2014) ("[T]his court lacks jurisdiction to review this order, as it is not mentioned in or attached to the notice of appeal.") (citing Fla. R. App. P. 9.110(d)).

*Affirmed in part, dismissed in part.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*       \*       \*

*Not final until disposition of timely filed motion for rehearing.*